IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CIVIL NO 15-111-ART

STELLA ROBINETTE                                                                            PLAINTIFF

VS.                         **NOTICE OF VOLUNTARY DISMISSAL**

UNITED CONSUMER FINANCIAL
SERVICES COMPANY, ET AL.                                                           DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Comes now the Plaintiff, through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby dismisses the above-captioned action. Per Fed. R. Civ. P. 41(a)(1)(B), this dismissal is without prejudice.

This the 19th day of February, 2016.

/s/ Noah R. Friend
Noah R. Friend
Noah R. Friend Law Firm, PLLC
P.O. Box 610
Pikeville, KY  41502
Phone: 606.437.2217
Mobile. 606.369.7030
Fax. 502.716.6158
noah@friendlawfirm.com

2

## **CERTIFICATE OF SERVICE**

    I hereby affirm that on this 19th day of February, 2016, a true and accurate copy of the foregoing was filed with the Court using the CM-ECF system.

/s/ Noah R. Friend
Noah R. Friend
